1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Suite 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendant
   COUNTY OF SOLANO and GARY STANTON
6

7

8  **UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10 JOAN MAGISTRINI,                        )   CASE NO: 2:10-cv-02792-MCE-EFB
                                           )
11              Plaintiff,                 )   **STIPULATION FOR DISMISSAL
                                           )   OF THE SIXTH AND SEVENTH
12 v.                                      )   CLAIMS FOR RELIEF; ORDER**
                                           )
13 COUNTY OF SOLANO, COUNTY OF             )   **F.R.C.P. 41(a)1**
   SOLANO SHERIFF GARY R. STANTON,         )
14 et al.                                  )
                                           )
15              Defendants.                )
   _____ )
16

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 *Magistrini v. Solano County  [2:10-cv-02792-MCE-EFB]Stip of Dismissal of 6th and 7th Claims for Relief     Page 1*

It is hereby stipulated between plaintiff JOAN MAGISTRINI and defendants COUNTY OF SOLANO and GARY STANTON that the plaintiff's Sixth and Seventh Claims for Relief be dismissed with prejudice.

VINCENT M. SPOHN, A PROFESSIONAL CORPORATION

Dated: 2/2/11     By: /s/ "Vincent Spohn" (original signature retained by counsel)
VINCENT M. SPOHN, attorneys for plaintiff JOAN MAGISTRINI

WILLIAMS & ASSOCIATES

Dated: 2/3/11     By: /s/ Kathleen J. Williams
KATHLEEN J. WILLIAMS, attorneys for defendants COUNTY OF SOLANO and GARY STANTON

**IT IT SO ORDERED.  The Sixth and Seventh Claims for Relief are dismissed with prejudice.**

Dated: February 10, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE