1

**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
2 Sacramento, CA  95822
(916) 456-1122
3 (916) 737-1126 (fax)

4 Kathleen J. Williams, CSB #127021

5 Attorneys for defendants
COUNTY OF SOLANO and GARY STANTON
6

7 **UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
8

9 JOAN MAGISTRINI,                          )    CASE NO: 2:10-cv-02792-MCE-EFB
                                           )
10              Plaintiff,                  )    **STIPULATION OF DISMISSAL**
     v.                                    )    **WITH PREJUDICE**
11                                         )
     COUNTY OF SOLANO, COUNTY OF           )
12   SOLANO SHERIFF GARY R. STANTON,       )
     et al.                                )
13                                         )
                Defendants.                )
14   ─────────────────────────────────    )

15        The parties to this action, by and through their attorneys of record, agree to a

16 dismissal with prejudice, each side to bear its own costs and attorneys fees.  The Clerk

17 of the Court is directed to close this case.

18

19

20

21 Dated: November 21, 2011        WILLIAMS & ASSOCIATES

22
                                   By:  */s/Kathleen J. Williams*
23                                      KATHLEEN J. WILLIAMS, CSB 127021
                                        Attorneys for defendants COUNTY OF SOLANO
24                                      and GARY STANTON

25

26

27

28

---

1    Dated: November 21, 2011    VINCENT M. SPOHN, A PROFESSIONAL CORP.

2      By: */s/Vincent M. Spohn*

3      Vincent M. Spohn, CSB 092334
     Attorneys for plaintiff JOAN MAGISTRINI

4      **IT IS SO ORDERED**.

5

6    Dated: November 28, 2011

7

8      _____

9      MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

10 :

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28