**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
COUNTY OF SOLANO and GARY STANTON

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOAN MAGISTRINI,<br><br>        Plaintiff,<br>v.<br><br>COUNTY OF SOLANO, COUNTY OF SOLANO SHERIFF GARY R. STANTON, et al.<br><br>        Defendants. | CASE NO: 2:10-cv-02792-MCE-EFB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties to this action, by and through their attorneys of record, agree to a dismissal with prejudice, each side to bear its own costs and attorneys fees.  The Clerk of the Court is directed to close this case.


Dated: November 21, 2011        WILLIAMS & ASSOCIATES


                                By:  */s/Kathleen J. Williams*
                                     KATHLEEN J. WILLIAMS, CSB 127021
                                     Attorneys for defendants COUNTY OF SOLANO
                                     and GARY STANTON

1  Dated: November 21, 2011          VINCENT M. SPOHN, A PROFESSIONAL CORP.

2                                    By: */s/Vincent M. Spohn*
                                         Vincent M. Spohn, CSB 092334
3                                        Attorneys for plaintiff JOAN MAGISTRINI

4     **IT IS SO ORDERED**.

5

6  Dated: November 28, 2011

7

8                                    _____
                                     MORRISON C. ENGLAND, JR.
9                                    UNITED STATES DISTRICT JUDGE

10  :

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  *Magistrini v. Solano County  [2:10-cv-02792-MCE-EFB] Stipulation of Dismissal*          *Page 2*